BEFORE THE SECOND DIVISION, JANUARY 14, 1960

**No. 63706.**—Hurricane Import Co. and Albert Kessler & Co. *v.* United States, protests 58/18232 and 58/18320 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiffs was sustained.

**No. 63707.**—Border Brokerage Company *v.* United States, protest 291215–K (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mink food grinders similar in all material respects to those the subject of Abstract 62415, the claim of the plaintiff was sustained.

**No. 63708.**—C. F. Liebert *v.* United States, protest 58/7640 (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mink food grinders similar in all material respects to those the subject of Abstract 62415, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 14, 1960

**No. 63709.**—Originalities of New York, Inc., et al. *v.* United States, protests 59/8451, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C.C.P.A. 82, C.A.D. 677), the claim of the plaintiffs was sustained.